No. 80–5812. COSEY ET AL. v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–5853. WALLACE v. McCRONE ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–5877. SHORES v. DIRECTOR, UNITED STATES PAROLE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 80–5882. HALL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–5885. JONES v. MARYLAND. Ct. App. Md. Certiorari denied.